INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 125,
*Petitioner,*
*v.*
CITY OF FOREST GROVE et al,
*Respondents.*
(No. C-201-75, CA 8167)
575 P2d 175

Donald S. Richardson, Portland, argued the cause for petitioner. With him on the brief was Richardson, Murphy & Nelson, Portland.

David G. Frost, Hillsboro, argued the cause for respondent City of Forest Grove. With him on the brief was Frost & Hall, Hillsboro.

Al J. Laue, Solicitor General, Salem, argued the cause for respondent Employment Relations Board. With him on the brief was James A. Redden, Attorney General, Salem.

Before Schwab, Chief Judge, and Lee, Buttler, and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

The parties agree that *LaGrande/Astoria v. PERB,* 281 Or 137, 576 P2d 1204 (1978), and *State ex rel Haley v. City of Troutdale,* 281 Or 203, 576 P2d 1238 (1978), require reversal.

Reversed and remanded.